(92 South. 24)

## Ex parte BALTMAN. (1 Div. 439.)

(Court of Appeals of Alabama. Nov. 12, 1921.)

Mandamus ⬀154(9)—Demurrer to unverified petition to compel trial of case without authenticated transcript of record sustained.

Where an authenticated transcript of the record in the circuit court did not accompany petition to compel the court to hear the case and the petition was not verified, a demurrer thereto must be sustained.

Original petition by Kate L. Baltman for mandamus to be addressed to Judge Claude A. Grayson to require him to hear and determine the rights between petitioner and Palm Oil & Supply Company and render a final judgment in said cause in accordance with the former opinion of the Court of Ap-

peals. Demurrer sustained to the petition, and petition dismissed.

See, also, 17 Ala. App. 647, 88 South. 30.

It appears that, pending a hearing on the answer of the garnishee in response to garnishment procured by the petitioner on the judgment obtained against one Hudson, the court on motion stayed the proceedings pending the adjudication of the bankruptcy of said Hudson.

Frederick G. Bromberg, of Mobile, for appellant.

Counsel discussed the merits of his petition with citation of authority, but in view of the opinion it is not deemed necessary to set it out.

Lyons, Chamberlain, & Courtney, of Mobile, for appellee.

The petition must be verified, and must be accompanied by a properly certified transcript of the proceedings. Sections 48, 604, Code 1907; 103 Ala. 415, 15 South. 836; 137 Ala. 636, 34 South. 684.

SAMFORD, J. An authenticated transcript of the record in the circuit court not accompanying the petition, and the petition not being verified by affidavit, the demurrer to the petition on that ground must be sustained. Ex parte Tower Mfg. Co. et al., 103 Ala. 415, 15 South. 836; Code 1907, § 4864.

The demurrer of respondent is sustained, and the petition is dismissed.

---

⟾For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes